1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10

11

12

RANDALL S. MUELLER,

                Plaintiff,

    v.

STATE OF WASHINGTON,

                Defendant.

CASE NO. C11-5706BHS

ORDER DENYING ENTRY OF
COMPLAINT

13

14

15

16

      This matter comes before the Court on Plaintiff's ("Mueller") proposed complaint
(Dkt. 1). The Court has considered the pleading and the remainder of the record and
hereby denies entry of the complaint for the reasons stated herein.

17

18

19

20

21

22

      On September 7, 2011, Mueller filed a proposed complaint. However, Mueller did
not pay a filing fee. Setting this issue aside, the Court also notes that the proposed
complaint is deficient in many respects, including but not limited to: (1) Mueller is pro se
but seeks relief for others; and (2) jurisdiction over this matter is unclear. These
deficiencies may preclude success on the merits of Mueller's claims regardless of the
filing fee issue, discussed above.

1       Therefore, it is hereby **ORDERED** that Mueller's proposed complaint **SHALL**

2   not be filed until a filing fee is paid, on or before October 13, 2011. Failure to pay the

3   filing fee and cure the stated defects in the proposed complaint is likely to result in this

4   case being terminated.

5       Dated this 12th day of September, 2011.

6

7   _____

8   BENJAMIN H. SETTLE
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2