UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDALL S. MUELLER,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>    Defendant. | CASE NO. C11-5706BHS<br><br>ORDER DENYING ENTRY OF COMPLAINT |

This matter comes before the Court on Plaintiff's ("Mueller") proposed complaint (Dkt. 1). The Court has considered the pleading and the remainder of the record and hereby denies entry of the complaint for the reasons stated herein.

On September 7, 2011, Mueller filed a proposed complaint. However, Mueller did not pay a filing fee. Setting this issue aside, the Court also notes that the proposed complaint is deficient in many respects, including but not limited to: (1) Mueller is pro se but seeks relief for others; and (2) jurisdiction over this matter is unclear. These deficiencies may preclude success on the merits of Mueller's claims regardless of the filing fee issue, discussed above.

1       Therefore, it is hereby **ORDERED** that Mueller's proposed complaint **SHALL**
2 not be filed until a filing fee is paid, on or before October 13, 2011. Failure to pay the
3 filing fee and cure the stated defects in the proposed complaint is likely to result in this
4 case being terminated.

      Dated this 12th day of September, 2011.

                                    BENJAMIN H. SETTLE
                                    United States District Judge