UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDALL S. MUELLER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　Defendant. | CASE NO. C11-5706 BHS<br><br>ORDER GRANTING MOTION FOR A MORE DEFINITE STATEMENT |

　　　This matter comes before the Court on the State of Washington's ("State") motion for a more definite statement (Dkt. 17). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby grants the motion for the reasons stated herein.

　　　A pleading that states a claim for relief must contain: (1) a short and plain statement of the grounds for the court's jurisdiction; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.  Fed. R. Civ. P. 8(a).  A party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response.  Fed. R. Civ. P. 12(e)

ORDER - 1

1        As the State points out, Randall Mueller's ("Mueller") entire "Statement of Claim"
2  consists of two incomplete sentences: (1) "Forged birth certificate, stole heritage, and
3  culture. International Human Rights commission call it genocide." Dkt. 17 at 2. The
4  State argues that this statement is simply too vague to allow it to adequately respond. *Id*.
5  The State further argues that although Mueller's caption refers to "civil rights complaint
6  under 42 U.S.C. §1983," the information in the complaint identifies no cognizable causes
7  of action. *Id*. Ultimately, while the State recognizes pro se plaintiff "will be somewhat
8  different than from what the courts reasonably expected of attorneys," the State requests
9  that Mueller "be required to provide the Defendant with a more concrete list of claims he
10  is pursuing along with a sufficiently detailed narrative of the facts upon which said claims
11  are based." *Id*. at 3.

12        The Court agrees that Mueller's claims are too vague for the State to form a
13  response and to answer with the proper defenses to what may be state and federal causes
14  of action.

15        Therefore, it is hereby **ORDERED** that the State's motion for a more definite
16  statement is **GRANTED**. Plaintiff is **ORDERED** to file a more definite statement or an
17  amended complaint by August 14, 2012.

18        Dated this 31st day of July, 2012.

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge